MARC A. PILOTIN
Regional Solicitor
DAVID KAHN
Associate Regional Solicitor
TARA STEARNS (Cal. Bar No. 291130)
Senior Trial Attorney
UNITED STATES DEPARTMENT OF LABOR
90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
Telephone: (202) 961-5737
Stearns.Tara.E@dol.gov
*Attorneys for Petitioner Julie A. Su,
Acting Secretary of Labor*

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JULIE A. SU,<br>    Acting Secretary of Labor,<br>    United States Department of Labor,<br><br>                          Petitioner,<br><br>            v.<br><br>AMAZON.COM SERVICES LLC,<br><br>                          Respondent. | Case No. 2:23-mc-00084-JCC<br><br>**PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA** |

Julie A. Su, Acting Secretary of Labor ("the Acting Secretary"), United States Department of Labor, hereby petitions the Court as follows:

**PRELIMINARY STATEMENT**

1.    The Acting Secretary brings this Petition against Amazon.com Services LLC ("Amazon") to enforce an administrative subpoena *duces tecum* ("Subpoena") served by the Office of Labor-Management Standards, U.S. Department of Labor ("OLMS"). The Subpoena was issued in the course of OLMS's investigation of Amazon conducted under § 601 of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 521 ("LMRDA" or "the Act").

PETITION TO ENFORCE
ADMINISTRATIVE SUBPOENA
Case No. [Case Number]                    Page 1

90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
(202) 961-5737

**JURISDICTION AND VENUE**

2. Amazon is an "employer" within the meaning of § 3(e) of the LMRDA, 29 U.S.C. § 402(e). Amazon is subject to the coverage of the LMRDA under §§ 3(d) and 601(a) of the LMRDA, 29 U.S.C. §§ 402(d), 521(a). Amazon has a principal place of business in Seattle, Washington.

3. The Court has subject matter jurisdiction over this Petition under §§ 9 and 10 of the Federal Trade Commission Act, 15 U.S.C. §§ 49 and 50, which apply to the LMRDA under § 601(b) of the LMRDA, 29 U.S.C. § 521(b), and under 29 U.S.C. § 1331 (federal question jurisdiction) and 29 U.S.C. § 1345 (United States as plaintiff).

4. Venue is proper under 15 U.S.C. § 49 because OLMS is investigating Amazon within this judicial district.

**INTRADISTRICT ASSIGNMENT**

5. Amazon is located in King County.

**EMPLOYER ANNUAL FINANCIAL DISCLOSURE REPORTS**

6. Under § 203 of the LMRDA, Amazon is required to file an annual financial disclosure report "showing in detail" the date and amount of any payment, loan, promise, agreement, or arrangement that Amazon made for certain types of financial transactions during the previous fiscal year and providing a "full explanation of the circumstances of all such payments." 29 U.S.C. § 433(a).

7. Among other things, Amazon must file a report if it made "any expenditure" where an object thereof, directly or indirectly, was to "obtain information concerning the activities of employees or a labor organization in connection with a labor dispute," except for use solely in conjunction with an administrative, arbitral, criminal or civil proceeding, or to "interfere with, restrain, or coerce employees" in the exercise of their right to organize and bargain collectively through representatives of their own choosing. LMRDA § 203(a)(3), 29 U.S.C. § 433(a)(3).

8. Amazon is also required to file a report if it made "any payment (including reimbursed expenses)" to any of its employees, or any group of employees "for the purpose of

PETITION TO ENFORCE
ADMINISTRATIVE SUBPOENA
Case No. [Case Number]    Page 2

90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
(202) 961-5737

causing such employee or group of employees" to persuade other employees in the exercise of their right to organize and bargain collectively through representatives of their own choosing, unless such payments were disclosed to the other employees. LMRDA § 203(a)(2), 29 U.S.C. § 433(a)(2).

9. Amazon filed annual financial disclosure reports for fiscal years 2021 and 2022. In these reports, Amazon disclosed payments it made to labor consultants in connection with labor disputes, which are required to be reported under LMRDA § 203(a)(4), 29 U.S.C. 433(a)(4). Amazon did not, however, report any payments or expenditures that are required to be reported under LMRDA §§ 203(a)(2) or (a)(3), 29 U.S.C. §§ 433(a)(2), (a)(3).

**INVESTIGATION AND SUBPOENA**

10. Under § 601(a) of the LMRDA, 29 U.S.C. § 521(a), the Acting Secretary may investigate "when [s]he believes it necessary" to determine whether any person "has violated or is about to violate" the Act.

11. Under § 601(b) of the LMRDA, 29 U.S.C. § 521(b), the Acting Secretary or her designated officer is authorized to sign subpoenas, administer oaths and affirmations, question witnesses, and inspect or receive records and evidence. The Acting Secretary has delegated authority to sign and issue administrative subpoenas to subordinate officers within OLMS.

12. In May 2022, OLMS initiated an investigation under § 601 of the LMRDA, 29 U.S.C. § 521, to determine whether Amazon violated the reporting requirements of § 203(a), 29 U.S.C. § 433(a) of the LMRDA.

13. On August 1, 2023, OLMS served an administrative subpoena *duces tecum* on Amazon. The Subpoena seeks production of financial and other records, including receipts and disbursement records related to certain expenditures Amazon may have made during fiscal years 2021 and 2022 in response to a union organizing campaign in Staten Island, New York. These records are relevant to OLMS's investigation into whether Amazon has violated the Act by failing to file a financial disclosure report disclosing those financial transactions.

14. The Subpoena required Amazon to produce responsive documents by September 8, 2023.

PETITION TO ENFORCE
ADMINISTRATIVE SUBPOENA
Case No. [Case Number]                    Page 3

90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
(202) 961-5737

15. In September and October 2023, the Acting Secretary attempted to reach an out-of-court resolution with Amazon without success.

### AMAZON'S FAILURE TO COMPLY WITH THE SUBPOENA

16. To date, Amazon has refused to comply with the Subpoena and failed to produce any responsive documents.

17. Amazon's refusal to comply with the Subpoena is impeding the Acting Secretary's ability to conduct a proper investigation into possible violations of the LMRDA.

### PRAYER FOR RELIEF

**WHEREFORE**, the Acting Secretary prays:

a. That this Court enter the proposed Order to Show Cause requiring Amazon to explain why it should not be required to produce the records requested by the Subpoena; and

b. That this Court order such other and further relief as may be necessary and appropriate.

A proposed order is attached.

Dated: December 7, 2023

Respectfully submitted,

SEEMA NANDA
Solicitor of Labor

MARC A. PILOTIN
Regional Solicitor

DAVID KAHN
Associate Regional Solicitor

 /s/ Tara Stearns
TARA STEARNS
Senior Trial Attorney

*Attorneys for Petitioner Julie A. Su, Acting United States Secretary of Labor*

PETITION TO ENFORCE
ADMINISTRATIVE SUBPOENA
Case No. [Case Number]   Page 4

90 7th Street, Suite 3-700
San Francisco, CA 94103-1516
(202) 961-5737