HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

JULIE K. SU,

   Acting Secretary of Labor,
   United States Department of Labor,

         Petitioner,

v.

AMAZON.COM SERVICES, LLC,

         Respondent.

Case No. MC23-0084-JCC-SKV

**STIPULATED MOTION TO MODIFY SHOW CAUSE ORDER DEADLINES**

**NOTE ON MOTION CALENDAR: December 19, 2023**

In accordance with Federal Rule of Civil Procedure 6(b) and LCR 7(d)(1), the parties respectfully move to modify the deadlines set forth in the Order to Show Cause issued on December 14, 2023. Dkt. No. 3. The parties request that those deadlines be modified as follows:

(1) Amazon's Response: ***Current Deadline***: January 12, 2023; ***Proposed Deadline***: January 31, 2024.

(2) Petitioner's Reply: ***Current Deadline***: January 26, 2024; ***Proposed Deadline***: February 21, 2024.

Good cause exists because lead counsel for Amazon will be traveling on a pre-planned holiday vacation between December 21, 2023, and January 2, 2024. The additional time also is

DEFENDANT'S STIPULATED MOTION TO MODIFY SHOW CAUSE ORDER DEADLINES
[NO. MC23-0084] - 1

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

306859556v.1

also necessary to enable Amazon to effectively evaluate and respond to Petitioner's claims, and to allow Petitioner sufficient time to prepare it reply brief. The requested extension is brief, not made for purposes of delay, and will not prejudice either party.

Respectfully submitted this December 19, 2023.

SEYFARTH SHAW LLP

By: */s/ N. Joseph Wonderly*
N. Joseph Wonderly, WSBA No. 51925
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: jwonderly@seyfarth.com

*Counsel for Respondent*

US DEPARTMENT OF LABOR

By: */s/ Tara Stearns*
Tara Stearns,
90 7th Street
Suite 3-700
San Francisco, CA 94310
Phone: (415) 625-7741
Email: stearns.tara.e@dol.gov

*Counsel for Petitioner*

**[PROPOSED] ORDER**

IT IS SO ORDERED this 19th day of December, 2023.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

DEFENDANT'S STIPULATED MOTION TO MODIFY SHOW CAUSE ORDER DEADLINES
 [NO. MC23-0084] - 2

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
(206) 946-4910

306859556v.1